IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMARA BORTREE,<br>    Plaintiff | : No. 3:13cv416<br>:<br>: (Judge Munley) |
| v. | : |
| PERFORMANT RECOVERY, INC.<br>and DOES 1 through 10,<br>    Defendants | :<br>:<br>: |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

### ORDER OF DISMISSAL

Upon notice to the Court by the plaintiff that this case is settled, it is hereby ordered that this case is dismissed without costs. The parties will have forty (40) days in which to consummate the settlement.

BY THE COURT:

_____
JUDGE JAMES M. MUNLEY
United States District Court

Date: